**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Petrina McFarlane                  CHAPTER 13

Debtor(s)

BKY. NO. 22-13007 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of Pingora Loan Servicing, LLC and index same on the master mailing list.

                                              Respectfully submitted,

                                        /s/ *Michael Farrington*
                                        Michael Farrington
                                        14 Nov 2022, 12:07:56, EST

                     KML Law Group, P.C.
                     701 Market Street, Suite 5000
                     Philadelphia, PA 19106-1532
                     (215) 627-1322