Affirm, Inc.
Attn: Bankruptcy
30 Isabella St, Floor 4
Pittsburgh, PA 15212

American Education Services
Attn: Bankruptcy
Po Box 2461
Harrisburg, PA 17105

Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998

Antonia Martin Esquire
1420 Celebration Blvd
Suite 303
Kissimmee, FL 34747

Bank of America
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634

Barclays Bank Delaware
Attn: Bankruptcy
Po Box 8801
Wilmington, DE 19899

Chad Murray
4526 Oakton Drive
Orlando, FL 32818

Citibank
Attn: Bankruptcy
P.O. Box 790034
St Louis, MO 63179

```
irs
po box 7346
Philadelphia, PA 19101



Jonestown Bank And Tru
Attn: Bankruptcy
Po Box 717
Jonestown, PA 17038



Macys/fdsb
Attn: Bankruptcy
9111 Duke Boulevard
Mason, OH 45040



Mark Lippman Esquire
4767 New Broad Street
Orlando, FL 32814



Mrc/united Wholesale M
Attn: Bankruptcy
P. O. Box 619098
Dallas, TX 75261



Navient Solutions Inc
Attn: Bankruptcy
P.O. Box 9500
Wilkes-Barre, PA 18773



Navient Solutions Inc
Attn: Bankruptcy
P.O. Box 9500
Wilkes-Barre, PA 18773



Nordstrom FSB
Attn: Bankruptcy
Po Box 6555
Englewood, CO 80155
```

Philadelphia Federal Credit Union
Attn: Bankruptcy
12800 Townsend Road
Philadelphia, PA 19154


Philadelphia Federal Credit Union
Attn: Bankruptcy
12800 Townsend Road
Philadelphia, PA 19154


Quicken Loans
Attn: Bankruptcy
1050 Woodward Avenue
Detroit, MI 48226


Raymour & Flanigan
Attn: Bankruptcy
Po Box 220
Liverpool, NY 13088


Synchrony Bank/HH Gregg
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896


us attorneys office
615 chestnut street, 12th floor
Philadelphia, PA 19106


Wells Fargo Jewelry Advantage
Attn: Bankruptcy
Po Box 10438
Des Moines, IA 50306