UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

December 15, 2022

To: **Georgette Miller**
**Dilworth Paxson LLP**
**1500 Market Street**-Suite 3500e
Philadelphia PA 19102

In re: **Petrina McFarlane**
Bankruptcy No. **22-13007**
Adversary No.
Chapter **13**

Re: <u>Amended Schedule E/F</u>

The above document(s) were filed in this office on **12/13/2022.** Please be advised that the filing fee has not been received as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court.

|     |     |
| --- | --- |
| ( )  | Voluntary Petition |
| ( )  | Adversary Proceeding |
| (**X**) | $32.00 Filing Fee for Amendments |
| ( )  | $26.00 Claims Transfer Fee |
| ( )  | Motion Filing Fee |

Please submit the payment(s) within seven (7) days from the date of this notice. If the delinquency is not paid, this matter will be referred to the Chief Judge.

Timothy B. McGrath
Clerk

By: **Antoinette Stevenson**
Deputy Clerk

*Fee Notice*
*(11/26/18)*