Community College of Phila
1700 Spring Garden St
Philadelphia
Pennsylvania 19130
215-751-8000

**Pay Date: 10/21/2022**

| Type | Current |
|---|---|
| Gross | $3,177.28 |
| Total Personal Deductions | $955.86 |
| Net | $2,221.42 |
| Employer Contributions | $1,531.84 |

ID: J01128043
SSN/SIN/TIN: *****2858
Name: Petrina E McFarlane
Address: 616 N 64th St
Philadelphia
Pennsylvania 19151-3837
Pay Period: 10/08/2022 to 10/21/2022

## Earnings

There were no earnings associated with this paycheck.

## Benefits, Deductions, and Taxes

No deductions were taken from this pay.

## Check or Direct Deposit

| Number | Document Type | Bank Name | Account Type | Amount |
|---|---|---|---|---|
| 5616722 | Direct Deposit | Phila Federal Credit Union | Checking | $2,221.42 |

Community College of Phila
1700 Spring Garden St
Philadelphia
Pennsylvania 19130
215-751-8000

**Pay Date: 11/04/2022**

| Type | Current |
|---|---|
| Gross | $3,177.28 |
| Total Personal Deductions | $952.63 |
| Net | $2,224.65 |
| Employer Contributions | $2,397.17 |

ID: J01128043
SSN/SIN/TIN: *****2858
Name: Petrina E McFarlane
Address: 616 N 64th St
Philadelphia
Pennsylvania 19151-3837
Pay Period: 10/22/2022 to 11/04/2022

## Earnings

| Title | Earnings | Shift | Hours or Units | Rate | Amount |
|---|---|---|---|---|---|
| Assistant Professor | Regular Pay | 1 | | | $2,713.85 |
| Overload-Nursing | Overload Payment | 1 | | | $463.43 |
| | | | | Total: | $3,177.28 |

## Benefits, Deductions, and Taxes

| Benefit or Deduction | Employee | Employer | Applicable Gross |
|---|---|---|---|
| **Deductions before Federal Tax** | | | |
| CVS Caremark | $0.00 | $688.76 | $2,713.85 |
| Dental - Delta Dental Group | $0.00 | $100.47 | $2,713.85 |
| Medical - Personal Choice Group | $33.62 | $1,024.43 | $2,713.85 |
| TIAA-CREF FT Reduction | $135.69 | $271.39 | $2,713.85 |
| health flex spending account | $105.77 | $0.00 | $2,713.85 |
| **Taxes** | | | |
| FICA Medicare | $44.54 | $44.54 | $3,071.51 |
| FICA Social Security | $190.43 | $190.43 | $3,071.51 |
| Fed Med HI Tax | $0.00 | $0.00 | $3,071.51 |
| Federal Income Tax | $193.07 | $0.00 | $2,902.20 |
| PA Unemployment Tax Employee | $1.91 | $0.00 | $3,177.28 |
| Pennsylvania Income Tax | $93.26 | $0.00 | $3,037.89 |
| Philadelphia City Wage Tax Res | $120.42 | $0.00 | $3,177.28 |
| **Deductions after Federal Tax** | | | |
| Federation Dues Academic Year | $33.92 | $0.00 | $2,713.85 |
| Reliance Standard Life Insurance Co. Group #GL137814 | $0.00 | $40.47 | $2,713.85 |
| Symetra Life Insurance Company | $0.00 | $2.13 | $2,713.85 |
| Symetra Life Insurance Company | $0.00 | $25.77 | $2,713.85 |
| Waiver of Premium Faculty | $0.00 | $8.78 | $2,713.85 |
| Total: | $952.63 | $2,397.17 | |

## Check or Direct Deposit

| Number | Document Type | Bank Name | Account Type | Amount |
|---|---|---|---|---|
| 5617955 | Direct Deposit | Phila Federal Credit Union | Checking | $2,224.65 |

Community College of Phila
1700 Spring Garden St
Philadelphia
Pennsylvania 19130
215-751-8000

**Pay Date: 11/18/2022**

| Type | Current |
|---|---|
| Gross | $3,177.28 |
| Total Personal Deductions | $955.87 |
| Net | $2,221.41 |
| Employer Contributions | $1,531.85 |

| | |
|---|---|
| ID: | J01128043 |
| SSN/SIN/TIN: | *****7858 |
| Name: | Petrina E McFarlane |
| Address: | 616 N 64th St |
| | Philadelphia |
| | Pennsylvania 19151-3837 |
| Pay Period: | 11/05/2022 to 11/18/2022 |

### Earnings

There were no earnings associated with this paycheck.

### Benefits, Deductions, and Taxes

No deductions were taken from this pay.

### Check or Direct Deposit

| Number | Document Type | Bank Name | Account Type | Amount |
|---|---|---|---|---|
| 5619194 | Direct Deposit | Phila Federal Credit Union | Checking | $2,221.41 |

Community College of Phila
1700 Spring Garden St
Philadelphia
Pennsylvania 19130
215-751-8000

### Pay Date: 12/02/2022

| Type | Current |
|---|---|
| Gross | $3,177.28 |
| Total Personal Deductions | $952.64 |
| Net | $2,224.64 |
| Employer Contributions | $2,397.18 |

| | |
|---|---|
| ID: | J01128043 |
| SSN/SIN/TIN: | *****2858 |
| Name: | Petrina E McFarlane |
| Address: | 616 N 64th St<br>Philadelphia<br>Pennsylvania 19151 3837 |
| Pay Period: | 11/19/2022 to 12/02/2022 |

### Earnings
There were no earnings associated with this paycheck.

### Benefits, Deductions, and Taxes
No deductions were taken from this pay.

### Check or Direct Deposit

| Number | Document Type | Bank Name | Account Type | Amount |
|---|---|---|---|---|
| 5620433 | Direct Deposit | Phila Federal Credit Union | Checking | $2,224.64 |