Certificate Number: 15317-PAE-DE-037194065

Bankruptcy Case Number: 22-13007



15317-PAE-DE-037194065

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 19, 2023, at 9:56 o'clock AM PST, Petrina Mcfarlane completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: February 19, 2023

By: /s/Lea Sorino

Name: Lea Sorino

Title: Counselor