# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                                                                                                   Chapter 13

       PETRINA MCFARLANE                                    Bankruptcy No. 22-13007-MDC

       616 N 64TH STREET

       PHILADELPHIA, PA 19151

       Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    PETRINA MCFARLANE

    616 N 64TH STREET

    PHILADELPHIA, PA 19151

**Counsel for debtor(s), by electronic notice only.**
    GEORGETTE MILLER, ESQ.
    DILWORTH PAXSON LLP
    1500 MARKET ST., STE 3500 E.
    PHILADELPHIA, PA 19102-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

Date: 3/9/2023                                                                                                                                 /s/ Kenneth E. West

                                                                                                 _____
                                                                                                 Kenneth E. West, Esquire
                                                                                                 Chapter 13 Standing Trustee