## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re: Petrina McFarlane,** | : | Chapter 13 |
| | : | |
| | : | |
| **Debtor,** | : | Bankruptcy No. 22-13007 |

### Certificate of Service

Michelle Lee, being duly sworn according to law, deposes and says that I served the Debtor Amended Plan and thereof upon the following individuals listed below, by electronic means, email and/or first class mail on <u>March 16, 2023:</u>

Kenneth West
Chapter 13 Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

Petrina McFarlane
616 N. 64th Street
Philadelphia, PA 19151

ALL ATTORNEYS OF RECORD
ALL PARTIES ON CLERK'S SERVICE LIST
ALL CREDITORS AT THE ADDRESS LISTED ON THE MATRIX AND/OR at the ADDRESS LISTED ON FILED PROOFS OF CLAIMS

And notice to be filed electronically with the Court, where it is available for viewing and downloading from the Court's ECF system, and that such electronic filing automatically generates a Notice of Electronic filing constituting service of the filed document upon all of the parties required by Federal Rule of Bankruptcy Procedure 3020(b)(1) and all parties that have requested service of papers in this case.

    Respectfully Submitted,

    <u>/s/ Michelle Lee, Esq.</u>

    Michelle Lee
    Dilworth Paxson LLP
    1500 Market Street,
    Suite 3500E
    Philadelphia, PA 19102