*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Petrina McFarlane
    Debtor(s)

Case No: 22–13007–mdc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

\*\*rescheduled time only\*

OBJECTION FILED BY DEBTOR TO CLAIM NUMBER 8 BY CLAIMANT PEETRINA MCFARLANE.

on: 5/9/23

at: 10:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  5/1/23

Timothy B. McGrath
Clerk of Court