UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Petrina McFarlane, | : | Chapter 13 |
| | : | |
| Debtor(s) | : | Bankruptcy No. 22-13007 |

**O R D E R**

**AND NOW, this** 10th **day of** May 2023, **upon** consideration of the Debtor's Objection to Proof of Claim no. 8, and any opposition thereto, it is hereby ordered that the Objection is sustained. Proof of Claim no.8 is disallowed as a Priority claim.

*[signature]*
-----------------------------

Honorable Chief Judge Coleman