## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Petrina McFarlane, | : | Chapter 13 |
| | : | |
| Debtor(s) | : | Bankruptcy No. 22-13007 |

### Notice of Objection

Debtor, Petrina McFarlane, has filed an Objection to Proof of Claim No. 12 with this Court. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you want the Court to consider your views on the Objection you or your attorney must:

File with the court a written response at:

> U.S. Bankruptcy Court
> 900 Market Street
> Philadelphia, PA 19107
> Attn: Bankruptcy Clerk

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must mail a copy to:

> Michelle Lee, Esq.
> Dilworth Paxson LLP
> 1500 Market Street, Suite 3500E
> Philadelphia, PA 19102

You or your attorney must attend the hearing scheduled to be held on **6/28/2023** at **10:30 AM**. **Hearing will be held via Telephonic Hearing.** If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the objection and may enter an order granting that relief.

Dated: 5/25/2023                                                                 Respectfully Submitted,

/s/ Michelle Lee

Michelle Lee, Esq.
Dilworth Paxson LLP
1500 Market Street, Suite 3500E
Philadelphia, PA 19102