**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Petrina McFarlane, | : | Chapter 13 |
| | : | |
| Debtor(s) | : | Bankruptcy No. 22-13007 |

**O R D E R**

AND NOW, this _____ day of _____ 2023, upon consideration of the Debtor's Objection to Proof of Claim no. 12, and any opposition thereto, it is hereby ordered that the Objection is sustained.

Proof of Claim No. 12 is disallowed in its entirety.

Chad Murray is precluded from filing another proof of claim without Court permission.

Failure to comply with this Order, including filing another claim without Court permission, may result in sanctions against you.

---------------------------

Honorable Chief Judge Coleman