United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                                      Case No. 22-13007-mdc

Petrina McFarlane                                                                                           Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                    User: admin                                    Page 1 of 3
Date Rcvd: Sep 21, 2023                         Form ID: 155                                  Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol    Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^           Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Petrina McFarlane, 616 N 64th Street, Philadelphia, PA 19151-3837 |
| 14734398 | + | Antonia Martin Esquire, 1420 Celebration Blvd, Suite 303, Kissimmee, FL 34747-5160 |
| 14734401 | + | Chad Murray, 4526 Oakton Drive, Orlando, FL 32818-8244 |
| 14741529 | + | Jonestown Bank & Trust Co., c/o Paul C. Bametzreider, c/o Reilly Wolfson, 1601 Cornwall Rd., Lebanon PA 17042-7406 |
| 14734404 | + | Jonestown Bank And Tru, Attn: Bankruptcy, Po Box 717, Jonestown, PA 17038-0717 |
| 14740201 | + | Mark Lippman Esquire, 4767 New Broad Street, Orlando, FL 32814-6405 |
| 14734409 | + | Philadelphia Federal Credit Union, Attn: Bankruptcy, 12800 Townsend Road, Philadelphia, PA 19154-1095 |
| 14741974 | + | Philadelphia Federal Credit Union, c/o William J. Levant, Esq., 910 Harvest Drive, P.O. Box 3037, Blue Bell PA 19422-0765 |
| 14735529 | + | Rocket Mortgage, LLC, C/O Michael Farrington, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14734395 | + | Email/Text: backoffice@affirm.com | Sep 21 2023 23:46:00 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 14734396 | + | Email/Text: bncnotifications@pheaa.org | Sep 21 2023 23:46:00 | American Education Services, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14746153 | | Email/PDF: bncnotices@becket-lee.com | Sep 21 2023 23:59:26 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14734397 | + | Email/PDF: bncnotices@becket-lee.com | Sep 21 2023 23:59:38 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14734399 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 21 2023 23:45:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14734400 | + | Email/Text: BarclaysBankDelaware@tsico.com | Sep 21 2023 23:46:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 14774074 | | Email/Text: megan.harper@phila.gov | Sep 21 2023 23:46:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14734402 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 21 2023 23:58:46 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 14734405 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 21 2023 23:48:31 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14743013 | + | Email/Text: bk-admin@jbt.bank | Sep 21 2023 23:46:00 | Jonestown Bank & Trust Co., 2 W. Market Street, P.O. Box 717, Jonestown, PA 17038-0717 |
| 14747596 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 21 2023 23:47:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14734406 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |

Case 22-13007-mdc    Doc 58    Filed 09/23/23    Entered 09/24/23 00:31:54    Desc Imaged
                              Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 21, 2023 | Form ID: 155 | Total Noticed: 34 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Sep 21 2023 23:46:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 14734407 | + | Email/PDF: pa_dc_claims@navient.com | Sep 21 2023 23:59:04 | Navient Solutions Inc, Attn: Bankruptcy, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14734408 | + | Email/Text: bnc@nordstrom.com | Sep 21 2023 23:46:16 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 14748841 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 21 2023 23:48:31 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14751352 | ^ | MEBN | Sep 21 2023 23:41:13 | Philadelphia Gas Works, 800 W Montgomery Ave., ATTN:Bankruptcy Dept. 3FL, Philadelphia, PA 19122-2898 |
| 14735532 | ^ | MEBN | Sep 21 2023 23:41:09 | Pingora Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14748817 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 21 2023 23:46:00 | Pingora Loan Servicing, LLC, c/o Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14734410 | + | Email/Text: bankruptcyteam@quickenloans.com | Sep 21 2023 23:46:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14734411 | ^ | MEBN | Sep 21 2023 23:41:15 | Raymour & Flanigan, Attn: Bankruptcy, Po Box 220, Liverpool, NY 13088-0220 |
| 14743153 | + | Email/Text: bankruptcyteam@quickenloans.com | Sep 21 2023 23:46:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 14734412 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 21 2023 23:59:39 | Synchrony Bank/HH Gregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14734414 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 21 2023 23:58:50 | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |
| 14734403 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 21 2023 23:46:00 | irs, po box 7346, Philadelphia, PA 19101-7346 |
| 14734413 | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 21 2023 23:46:00 | us attorneys office, 615 chestnut street, 12th floor, Philadelphia, PA 19106-4490 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14740190 | *+ | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 14740191 | *+ | American Education Services, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14740192 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14740193 | *+ | Antonia Martin Esquire, 1420 Celebration Blvd, Suite 303, Kissimmee, FL 34747-5160 |
| 14740194 | *+ | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14740195 | *+ | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 14740196 | *+ | Chad Murray, 4526 Oakton Drive, Orlando, FL 32818-8244 |
| 14740197 | *+ | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 14740200 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14740198 | *+ | IRS, PO box 7346, Philadelphia, PA 19101-7346 |
| 14740199 | *+ | Jonestown Bank And Tru, Attn: Bankruptcy, Po Box 717, Jonestown, PA 17038-0717 |
| 14740202 | *+ | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 14740203 | *+ | Navient Solutions Inc, Attn: Bankruptcy, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14740204 | *+ | Navient Solutions Inc, Attn: Bankruptcy, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14740205 | *+ | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 14740206 | *+ | Philadelphia Federal Credit Union, Attn: Bankruptcy, 12800 Townsend Road, Philadelphia, PA 19154-1095 |
| 14740207 | *+ | Philadelphia Federal Credit Union, Attn: Bankruptcy, 12800 Townsend Road, Philadelphia, PA 19154-1095 |
| 14740208 | *+ | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |

Case 22-13007-mdc  Doc 58  Filed 09/23/23  Entered 09/24/23 00:31:54  Desc Imaged
Certificate of Notice  Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 21, 2023 | Form ID: 155 | Total Noticed: 34 |

| 14740209 | *+ | Raymour & Flanigan, Attn: Bankruptcy, Po Box 220, Liverpool, NY 13088-0220 |
| 14740210 | *+ | Synchrony Bank/HH Gregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14740211 | *+ | US Attorneys Office, 615 chestnut street, 12th floor, Philadelphia, PA 19106-4490 |
| 14740212 | *+ | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 0 Undeliverable, 22 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2023 at the address(es) listed below:

**Name**  **Email Address**

BRIAN CRAIG NICHOLAS
    on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

GEORGETTE MILLER
    on behalf of Debtor Petrina McFarlane bky@dilworthlaw.com miller.georgetter93726@notify.bestcase.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

MARK A. CRONIN
    on behalf of Creditor PINGORA LOAN SERVICING  LLC bkgroup@kmllawgroup.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mfarrington@kmllawgroup.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor PINGORA LOAN SERVICING  LLC mfarrington@kmllawgroup.com

PAUL C. BAMETZREIDER
    on behalf of Creditor Jonestown Bank & Trust Co. pbametzreider@barley.com dhiggins-king@barley.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM J LEVANT
    on behalf of Creditor Philadelphia Federal Credit Union efile.wjl@kaplaw.com wlevant@gmail.com

TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Petrina McFarlane
       Debtor(s)　　　　　　　　　　　　　　　　　　Chapter: 13
　　　　　　　　　　　　　　　　　　　　　　　　　Bankruptcy No: 22−13007−mdc

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this September 21, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                              Magdeline D. Coleman
                              Chief Judge, United States Bankruptcy Court

                                                  56 − 50
                                                Form 155