IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
|   Petrina McFarlane | : | Bankruptcy No.: 22-13007-amc |
|         Debtor, | : | Chapter: 13 |
| Mr. Cooper | : | Document No.: 75 |
|         Movant, | : | Hearing Date & Time: 5/14/2024 at 11:00 |
| | : | |
|   v. | : | |
| Petrina McFarlane | : | |
|         Respondent(s) | : | |

**CERTIFICATION OF NO OBJECTION REGARDING**
**(Motion to Approve Loan Modification Document Number 75)**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Motion to Approve Loan Modification** filed on April 10, 2024 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Motion to Approve Loan Modification** appears thereon. Pursuant to the Notice of Hearing, objections to the **Motion to Approve Loan Modification** were to be filed and served no later than April 30, 2024.

It is hereby respectfully requested that the Order attached to the **Motion to Approve Loan Modification** be entered by the Court.


Dated: May 1, 2024                          By: */s/ Robert Wendt, Esquire*_____
                                                                           Signature
                                                                           By: Robert Wendt, Esquire
                                                                           rwendt@leopoldassociates.com
                                                                           Attorney ID No. 89150
                                                                           Leopold & Associates, PLLC
                                                                           275 Curry Hollow Road,
                                                                           Building 1, Suite 280
                                                                           Pittsburgh, PA 15236
                                                                           (914)219-5787 x490
                                                                           Attorney for Movant

**PAWB Local Form 25 (07/13)**

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Petrina McFarlane<br>_____<br>Mr. Cooper,<br>　　　　　　　Movant,<br>vs.<br>Petrina McFarlane,<br>　　　　　　　Respondent. | Case No.: 22-13007-amc<br><br>Chapter 13 |

## CERTIFICATE OF SERVICE

I, Robert Wendt, attorney for Movant, do hereby certify that true and correct copies of the foregoing **CERTIFICATION OF NO OBJECTION REGARDING MOTION TO APPROVE LOAN MODIFICATION DOCUMENT NUMBER 75** have been served on May 1, 2024, by first class mail, and/or electronic means upon those listed below:

Petrina McFarlane
Debtor
616 N 64th Street
Philadelphia, PA 19151

Michellle Lee, Esq.
Dilworth Paxson
Attorneys for Debtor
1500 Market Street
Suite 3500E
Philadelphia, PA 19102

Kenneth E. West
Office of the Chapter 13 Standing Trustee
1234 Market Street – Suite 1813
Philadelphia, PA 19107

CONTINUED ON NEXT PAGE

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

Date: May 1, 2024

/s/ *Robert Wendt*, Esquire
By: Robert Wendt, Esquire
rwendt@leopoldassociates.com
Attorney ID No. 89150
Leopold & Associates, PLLC
275 Curry Hollow Road, Building 1
Suite 280
Pittsburgh, PA 15236
(914)-219-5787 x490
Attorney for Movant
