UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| In re:<br><br>Petrina McFarlane<br><br>_____<br><br>Mr. Cooper,<br><br>      Movant,<br><br>vs.<br><br>Petrina McFarlane,<br><br>      Debtor<br><br>and<br><br>Kenneth E. West,<br><br>      Respondent. | Case No.: 22-13007-amc<br><br>Chapter 13 |
|---|---|

## **ORDER OF COURT**

AND NOW, this _____ day of May, 2024, it is hereby **ORDERED** that Movant's Motion to Approve Loan Modification, filed on April 10, 2024, at Docket Entry No. seventy-five (75) is granted.

                                _____
                                ASHLEY M. CHAN
                                UNITED STATES BANKRUPTCY JUDGE