UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| In re:<br><br>Petrina McFarlane<br><br>_____<br><br>Mr. Cooper,<br><br>                Movant,<br><br>vs.<br><br>Petrina McFarlane,<br><br>                Debtor<br><br>and<br><br>Kenneth E. West,<br><br>                Respondent. | Case No.: 22-13007-amc<br><br>Chapter 13 |

## ORDER OF COURT

AND NOW, this __15th_____ day of May, 2024, it is hereby **ORDERED** that Movant's Motion to Approve Loan Modification, filed on April 10, 2024, at Docket Entry No. seventy-five (75) is granted.

_____
ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE