United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                              Case No. 22-13007-amc
Petrina McFarlane                                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                              Page 1 of 2
Date Rcvd: May 15, 2024                       Form ID: pdf900                           Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2024:**

**Recip ID**      **Recipient Name and Address**
db      + Petrina McFarlane, 616 N 64th Street, Philadelphia, PA 19151-3837

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 17, 2024                    Signature:             /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| DENISE ELIZABETH CARLON | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PINGORA LOAN SERVICING  LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor PINGORA LOAN SERVICING  LLC mfarrington@kmllawgroup.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mfarrington@kmllawgroup.com |
| MICHELLE LEE | on behalf of Debtor Petrina McFarlane bky@dilworthlaw.com |

District/off: 0313-2 User: admin Page 2 of 2
Date Rcvd: May 15, 2024 Form ID: pdf900 Total Noticed: 1

PAUL C. BAMETZREIDER
on behalf of Creditor Jonestown Bank & Trust Co. pbametzreider@barley.com  dhiggins-king@barley.com

ROBERT PATRICK WENDT
on behalf of Creditor PINGORA LOAN SERVICING  LLC paeb@fedphe.com,
LeopoldAssociatesPAX6428@projects.filevine.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM J LEVANT
on behalf of Creditor Philadelphia Federal Credit Union efile.wjl@kaplaw.com  wlevant@gmail.com


TOTAL: 10

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| In re:<br><br>Petrina McFarlane<br><br>_____<br><br> Mr. Cooper,<br><br>                Movant,<br><br>vs.<br><br>Petrina McFarlane,<br><br>                Debtor<br><br>and<br><br>Kenneth E. West,<br><br>                Respondent. | Case No.: 22-13007-amc<br><br><br>Chapter 13 |

**ORDER OF COURT**

AND NOW, this _15th_ day of May, 2024, it is hereby **ORDERED** that

Movant's Motion to Approve Loan Modification, filed on April 10, 2024, at Docket Entry No.

seventy-five (75) is granted.

_____
ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE