**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re:<br>PETRINA MCFARLANE<br>Debtor(s)<br><br>PINGORA LOAN SERVICING, LLC<br>Movant<br>v.<br>PETRINA MCFARLANE<br>Debtor(s)<br><br>KENNETH E. WEST<br>Trustee<br>Respondent(s) | Chapter 13<br><br>Case Number: 22-13007-djb |

**ORDER**

AND NOW, this _____ day of _____ , 20__, it is hereby ORDERED that if Petrina McFarlane ("Debtor") and Pingora Loan Servicing, LLC ("Creditor") elect to enter into the proposed loan modification under the terms proposed by Creditor, the Debtor and Creditor may do so without there being any violation of the bankruptcy stay, or the provisions of 11 U.S.C. §362; and it is hereby

FURTHER ORDERED that Debtor must return the executed modification agreement within ten (10) days of the entry of this Order to Creditor and/or Creditor's Counsel.

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE

**Date: September 25, 2025**