United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                      Case No. 22-13007-djb

Petrina McFarlane                                                              Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 09, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2026:**

**Recip ID**      **Recipient Name and Address**
db      + Petrina McFarlane, 616 N 64th Street, Philadelphia, PA 19151-3837

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DANIEL P. JONES | on behalf of Creditor PINGORA LOAN SERVICING  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| MATTHEW K. FISSEL | on behalf of Creditor PINGORA LOAN SERVICING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| MICHELLE LEE | on behalf of Debtor Petrina McFarlane bky@dilworthlaw.com  ksheronas@dilworthlaw.com |
| PAUL C. BAMETZREIDER | on behalf of Creditor Jonestown Bank & Trust Co. pbametzreider@barley.com  dhiggins-king@barley.com |

District/off: 0313-2                    User: admin                              Page 2 of 2

Date Rcvd: Jul 09, 2026                 Form ID: pdf900                          Total Noticed: 1

ROBERT PATRICK WENDT

on behalf of Creditor PINGORA LOAN SERVICING  LLC paeb@fedphe.com,
LeopoldAssociatesPAX6428@projects.filevine.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

WILLIAM J LEVANT

on behalf of Creditor Philadelphia Federal Credit Union efile.wjl@kaplaw.com  wlevant@gmail.com


TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re:<br><br>　　PETRINA MCFARLANE<br>　　Debtor(s)<br><br>　　PINGORA LOAN SERVICING, LLC<br>　　Movant<br>　　v.<br>　　PETRINA MCFARLANE<br>　　Debtor(s)<br><br>　　KENNETH E. WEST<br>　　Trustee<br>　　Respondent(s) | Chapter: 13<br><br>Bankruptcy Case: 22-13007-djb<br><br>Judge: BAKER, DEREK J. |

**ORDER APPROVING STIPULATION**

　　　　AND NOW, upon consideration of the Stipulation between Debtor and Pingora Loan Servicing, LLC, it is hereby STIPULATED and SETTLED that the Stipulation is APPROVED and made an Order of the Court.


BY THE COURT:

Date: **July 9, 2026**

_____
UNITED STATES BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

| | |
|---|---|
| In Re:<br><br>    PETRINA MCFARLANE<br>    Debtor(s)<br><br>    PINGORA LOAN SERVICING, LLC<br>    Movant<br>    v.<br>    PETRINA MCFARLANE<br>    Debtor(s)<br><br>    KENNETH E. WEST<br>    Trustee<br>    Respondent(s) | Chapter: 13<br><br>Bankruptcy Case: 22-13007-djb<br><br>Judge: BAKER, DEREK J. |

### STIPULATION SETTLING MOTION FOR RELIEF FROM AUTOMATIC STAY

AND NOW, upon the Motion of Pingora Loan Servicing, LLC and any and all successors and assignee's (hereinafter collectively referred to as "Creditor"), through its Counsel, Stern & Eisenberg, PC, under 11 U.S.C. § 362(d) for relief from the automatic stay as to Debtor's real property located at **616 N 64th Street, Philadelphia, PA 19151** (hereinafter, the "Property"), and the parties agreeing to the entry of the Order settling the Motion for Relief and for cause shown, it is hereby STIPULATED AND SETTLED as follows:

1. As of 06/08/2026, Petrina McFarlane (hereinafter, "Debtor") acknowledges that Debtor is due for the following post-petition regular monthly payments from March 1, 2026:

| Missed Payments | From | To | Principal and Interest | Escrow (if applicable) | Payment Amount | Total Amounts Missed |
|---|---|---|---|---|---|---|
| 4 | 03/01/2026 | 06/01/2026 | 968.52 | $985.38 | 1,953.90 | $7,815.60 |

| | |
|---|---|
| **Less post-petition partial payments (suspense balance):** | $(1,798.00) |
| **Total Amount of Post-Petition Payments Due:** | $6,017.60 |

| | |
|---|---|
| Motion for Relief Filing Fee | $199.00 |
| Motion for Relief Attorney's Fees | $1,350.00 |
| Total to be paid by Stipulation | $7,566.60 |

2. Debtor shall cure the Arrears as set forth above by filing an Amended Plan within seven (7) days of the Court Order approving this Stipulation. Debtor's Amended Plan shall incorporate the post-petition delinquency in the amount of $7,566.60 to the pre-petition arrearage of $0.00 making a total of $7,566.60 to be paid through the plan. Debtors agree to continue making their monthly mortgage payments beginning July 1, 2026.

3. Payment(s) due in accordance with this Stipulation shall be due on or before the *1st* of each month.

4. Debtor shall make the regular monthly payments required to the Trustee.

5. All payments due to Creditor from Debtor are to be made directly to Creditor pursuant to the applicable Proof of Claim or Transfer of Claim, making sure that Debtor's loan number appears on all payments.

6. In the event Debtor fails to make any of the payments set forth hereinabove (or payments for real estate taxes and/or hazard insurance when due) on or before their due dates, Creditor and/or Counsel may give Debtor and Debtor's counsel notice of the default.

7. If any such default is not cured within ten (10) days of said notice of the default, upon certification to the court of such default, and request for Order, with a copy to Debtor and Debtor's counsel, Creditor shall immediately have relief from the bankruptcy stay.

8. Debtor shall pay all attorney's fees and costs for each Notice of Default issued by Creditor as a result of Debtor's failure to make payments in accordance with this Order.

9. The failure by Creditor, at any time, to file a Certification of Default upon default by Debtor shall not be construed, nor shall such failure act, as a waiver of any of Creditor's rights hereunder.

10. Upon issuance of the aforesaid Order, the parties hereto further agree that Creditor may proceed in state court to exercise all rights and remedies available to it as a mortgagee and creditor under state and federal law including, but not limited to, the initiation of and continuation of foreclosure and execution process through sheriff's sale concerning the Property and ejectment thereafter.

11. In the event Debtor converts to a bankruptcy under Chapter 7 of the Bankruptcy Code, Debtor shall pay all pre-petition arrears and post-petition arrears within ten (10) days from the date that the case is converted. If Debtor fails to make payment in accordance with this paragraph then Creditor, through Counsel, may file a certification setting forth said failure and Creditor shall be granted immediate relief from the automatic stay.

12. In the event this Bankruptcy is either dismissed or discharged, this AO shall be deemed null and void.

13. It is further agreed that the 14-day stay provided by Rule 4001(a)(4) is hereby waived. In the event an order granting relief is entered then the requirements of 3002.1 shall NOT apply to Creditor.

14. Facsimile signatures shall be as valid as original signatures and this Stipulation may be signed in counterparts.

By signing this Stipulation, Debtor's Counsel represents that Debtor is familiar with and understand the terms of the Stipulation and agree to said terms regardless of whether Debtor has actually signed said stipulation. Seen and agreed by the parties on the date set forth below:

/s/ Daniel P. Jones                                             /s/ Michelle Lee
Daniel P. Jones                                                 Michelle Lee
1581 Main Street, Suite 200                                     1650 Market Street
The Shops at Valley Square                                      Suite 1200
Warrington, PA 18976                                            Philadelphia, PA 19103
Phone: (215) 572-8111                                           bky@dilworthlaw.com
Fax: (215) 572-5025                                             Counsel for Debtor(s)
Bar Number: 321876                                              Date: 06/29/2026
Email: djones@sterneisenberg.com
Counsel for Creditor
Date: June 17, 2026
No Objection - Without Prejudice to Any Trustee Rights or Remedies

/s/ LeeAne O Huggins
Kenneth E. West
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
ecfemails@ph13trustee.com
Chapter13 Trustee
Date: July 1, 2026